# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| MARVIN A. GUZMAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:15:cv-02410-TWT |
| | ) | |
| | ) | |
| SOUTO FOODS, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Having read and considered the **JOINT MOTION TO APPROVE THE PARTIES' SETTLEMENT AGREEMENT** and having read and considered the Settlement Agreement executed by the Parties in this case, the Court approves the Settlement Agreement.

SO ORDERED this 12th day of November of 2015.


　　　　　　　　　　　　　　　　/s/Thomas W. Thrash
　　　　　　　　　　　　　　　Judge Thomas W. Thrash, Jr.
　　　　　　　　　　　　　　　United States District Court


Order prepared by:
*s/Albert J. Bolet, III*

Georgia Bar No. 065785
GOICO & BOLET, P.C.
2021 North Druid Hills Road
Suite 200
Atlanta, Georgia 30329
abolet@goicobolet.com
Attorneys for Defendant

Order consented to by:
s/ Andrew Lampros
Georgia Bar No. 432238
HALL & LAMPROS, LLP
1230 Peachtree Street, NE
Suite 950
Atlanta, Georgia 30309
(404) 876-8100
Email: alampros@hallandlampros.com
Attorneys for Plaintiff